# In the United States District Court
# For the Southern District of Georgia
# Division

FRANKLIN L. WILLIAMS,

    Petitioner,

v.

THE ATTORNEY GENERAL OF THE STATE; R.E. CURRIE, D.A.; and ATTORNEY MARTIN EAVES,

    Respondents.

CIVIL ACTION NO.: 5:15-cv-27

## ORDER

After an independent and *de novo* review of the entire record, the Court concurs with the Magistrate Judge's November 3, 2015, Report and Recommendation, dkt. no. 4, to which Petitioner Franklin Williams filed Objections, dkt. no. 6. Accordingly, the Magistrate Judge's Report and Recommendation is hereby **ADOPTED** as the opinion of the Court, and Williams' Objections are **OVERRULED**. The Court **DISMISSES** Williams' 28 U.S.C. § 2254 Petition and his Writ of Error Coram Nobis. Williams shall be **DENIED** a Certificate of Appealability and *in forma pauperis* status on appeal. In addition, Williams' Motion for Evidentiary Hearing, which was filed on February 3, 2016, is

**DISMISSED** as moot. The Clerk of Court is **DIRECTED** to enter the appropriate judgment of dismissal and to **CLOSE** this case.

**SO ORDERED**, this 16 day of February, 2016.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA